MAIERLE, Respondent, vs. BOYNTON CAB COMPANY, Appellant: HAYES, Defendant.

For the appellant: *Dougherty, Arnold & Kivett* of Milwaukee.

For the respondent: *Gerald H. Kops* and *Rubin, Zabel & Ruppa,* attorneys, and *Wm. B. Rubin* of counsel, all of Milwaukee.

For the defendant E. K. Hayes: *Robert I. Hayes,* attorney, and *William A. Hayes* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.

BROOKS, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Paul, Ebert, Paul & Gobel,* attorneys, and *Will C. Gobel* and *C. J. Otjen* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents city of New Richmond and Employers Mutual Liability Insurance Company: *Quarles, Spence & Quarles,* attorneys, and *E. H. Borgelt* and *Lawson Adams* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.